0UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RODNEY LEE PHELPS,

    Plaintiff,

v.                                                   Case No. 5:16cv72-WTH-CJK

DIANA DUNCAN, RAYMOND
WOOD and B. WELCH,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This is a prisoner civil rights case filed pursuant to 42 U.S.C. § 1983. The United States Marshals Service ("USMS") was directed to effect service of process upon the defendants. Service initially was returned unexecuted upon all 3 defendants. The undersigned thus requested the assistance of the Florida Department of Corrections' General Counsel in locating the defendants. *See* doc. 18. General counsel submitted a confidential last known address for each defendant. *See* doc. 19. The USMS attempted to serve defendant Raymond Wood 3 times at the address provided for him. *See* doc. 23. Service was returned unexecuted, with no additional explanation.[1]

---

[1] The other 2 defendants were served.

1

After making every effort to serve defendant Wood, the undersigned entered an order noting it appeared service on Wood was not possible but allowing plaintiff 14 days in which to provide an address at which Wood could be served. The undersigned advised that should plaintiff fail to do so, or should service again be returned unexecuted, the undersigned would recommend, without further notice, that the matter be dismissed. More than 14 days have passed and plaintiff has not provided an address at which Wood can be served.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's claims against defendant Raymond Wood be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to timely effect service of process on him.

At Pensacola, Florida this 16th day of August, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**