# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RODNEY LEE PHELPS,

    Plaintiff,

v.                                                    Case No. 5:16cv72-MW/CJK

DIANA DUNCAN,
RAYMOND WOOD, and
B. WELCH,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's claims against Defendant Raymond Wood are **DISMISSED** without prejudice for Plaintiff's failure to timely effect service of process on him.

**SO ORDERED** on November 6, 2018.

                                                  s/ MARK E. WALKER
                                                  **Chief United States District Judge**