IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RODNEY LEE PHELPS,

    Plaintiff,

v.                               Case No. 5:16cv72-MW/HTC

DIANA DUNCAN
and
BETH WELCH,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 61. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants Diana Duncan and Beth Welch's motion for summary judgment, ECF No. 53, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendants are **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on July 11, 2019.**

                                                **s/Mark E. Walker          **
                                                **Chief United States District Judge**